UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LAUREN M. MIXELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:20-cv-00433-JPH-DLP |
| | ) |
| MATTHEW BERGER MPD Officer, | ) |
| | ) |
| Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Magistrate Judge Doris L. Pryor has entered a Report and Recommendation advising the Court to dismiss the complaint filed by Pro Se Plaintiff Lauren Mixell because she failed to appear for the Initial Pretrial Conference on June 12, 2020 and a hearing on the Order to Show Cause on July 14, 2020. Dkt. 15. The parties have had the opportunity to object but have not done so. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1). The Court has considered and now **ADOPTS** the Report and Recommendation. Dkt. [15]. Accordingly, the Plaintiff's complaint is **DISMISSED without prejudice**. Final judgment will issue by separate entry.

**SO ORDERED**.

Date: 8/24/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

LAUREN M. MIXELL
2004 S. Ebright St.
Muncie, IN 47302

Matthew L. Hinkle
COOTS HENKE & WHEELER
mhinkle@chwlaw.com

John Vincent Maurovich
COOTS, HENKE & WHEELER
jmaurovich@chwlaw.com